**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03) Case Number **04−35724 lmw**

# UNITED STATES BANKRUPTCY COURT
# District of Connecticut

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/14/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Robert R. Brulotte
125 Robert Drive
East Haven, CT 06512

| Case Number:* 04−35724 lmw | Social Security/Taxpayer ID Nos.: xxx−xx−0214 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Frank J. Kolb<br>Kolb & Associates, P.C.<br>49 High Street<br>East Haven, CT 06512<br>Telephone number: (203) 469−4475 | Bankruptcy Trustee (name and address):<br>Richard Belford<br>Nine Trumbull Street<br>New Haven, CT 06511<br>Telephone number: (203)865−0867 |

## Meeting of Creditors:

Date: **January 7, 2005** Time: **02:00 PM**

Location: **Bankruptcy Meeting Room, One Centrury Tower, 265 Church Street, Suite 1104, New Haven, CT 06510−7017**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 3/8/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
***THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1.**

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>Connecticut Financial Center<br>157 Church Street<br>18th Floor<br>New Haven, CT 06510<br>Telephone number: 203−773−2009<br>NOTE: VCIS 24 hour information Toll Free: 1−800−800−5113 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Deborah S. Hunt<br>Deborah S. Hunt |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 12/15/04 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

**The Bankruptcy Trustee, whose name is reflected on the front page of this notice was appointed by the United States Trustee on the date this bankruptcy case was filed.**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0205-3    User: ktassmer    Page 1 of 1    Date Rcvd: Dec 15, 2004
Case: 04-35724    Form ID: B9A    Total Served: 17

The following entities were served by first class mail on Dec 17, 2004.

| | |
|---|---|
| db | +Robert R. Brulotte, 125 Robert Drive, East Haven, CT 06512-3228 |
| aty | +Frank J. Kolb, Kolb & Associates, P.C., 49 High Street, East Haven, CT 06512-2315 |
| tr | +Richard Belford, Nine Trumbull Street, New Haven, CT 06511-6372 |
| smg | +State of CT Dept. of Revenue Services, Collections and Enforcement Div., 25 Sigourney Street, Hartford, CT 06106-5001 |
| ust | +U. S. Trustee, One Century Tower, 265 Church Street, Suite 1103, New Haven, CT 06510-7005 |
| 6088055 | +Capitol One, P.O. Box 85777, Richmond, VA 23285-5777 |
| 6088058 | +Erin Capitol Management, LLC., C/O Howard Lee Schiff, 510 Tolland Street, East Hartford, CT 06108-2501 |
| 6088061 | +Howard Lee Schiff, P.C., 510 Tolland Street, East Hartford, CT 06108-2501 |
| 6088062 | +Imperal Collection Services, P.O. Box 369, Concord, CA 94522-0369 |
| 6088063 | +J.A. Cambece Law Office, 8 Bourbon Street, Peabody, MA 01960-1338 |
| 6088064 | +London & London, 48 Christian Lane, Newington, CT 06111-5451 |
| 6088066 | +MBNA America, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 6088067 | +Pet Shield, 126 East Pearl Street, New Haven, CT 06513-3941 |
| 6088068 | +The APT Foundation, One Long Wharf Drive, Suite 321, New Haven, CT 06511-5991 |

The following entities were served by electronic transmission on Dec 15, 2004 and receipt of the transmission was confirmed on:

| | |
|---|---|
| 6088054 | EDI: BANKAMER.COM Dec 15 2004 18:42:00 Bank of America, P.O. Box 53132, Phoenix, AZ 85072-3132 |
| 6088057 | +EDI: CAPITALONE.COM Dec 15 2004 18:41:00 Capitol One Mastercard, P.O. Box 85147, Richmond, VA 23276-0001 |
| 6088060 | +EDI: TSYS.COM Dec 15 2004 18:42:00 Home Depot, P.O. Box 103072, Roswell, GA 30076-9072 |

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | |
|---|---|
| 6088059 | Harley Davidson Credit Corp |
| 6088056* | +Capitol One, P.O. Box 85777, Richmond, VA 23285-5777 |
| 6088065* | +London & London, 48 Christian Lane, Newington, CT 06111-5451 |

TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2004** **Signature:** Joseph Speetjens