**Form B18** (Official Form 18)(9/97)

# United States Bankruptcy Court

District of Connecticut
Case No. <u>**04–35724**</u>
**Chapter 7**

In re: (Name of Debtor)(s)
    Robert R. Brulotte
    125 Robert Drive
    East Haven, CT 06512

Social Security No.:
    xxx–xx–0214

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                        BY THE COURT

Dated: <u>3/14/05</u>

                        *Deborah S. Hunt*

                        Deborah S. Hunt, Clerk of Court
                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0205-3          User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2005
Case: 04-35724                Form ID: B18             Total Served: 15


The following entities were served by first class mail on Mar 17, 2005.
db        +Robert R. Brulotte,    125 Robert Drive,    East Haven, CT 06512-3228
aty       +Frank J. Kolb,    Kolb & Associates, P.C.,    49 High Street,    East Haven, CT 06512-2315
tr        +Richard Belford,    Nine Trumbull Street,    New Haven, CT 06511-6372
6088055   +Capitol One,    P.O. Box 85777,    Richmond, VA 23285-5777
6088058   +Erin Capitol Management, LLC.,    C/O Howard Lee Schiff,    510 Tolland Street,
            East Hartford, CT 06108-2501
6088061   +Howard Lee Schiff, P.C.,    510 Tolland Street,    East Hartford, CT 06108-2501
6088062   +Imperal Collection Services,    P.O. Box 369,    Concord, CA 94522-0369
6088063   +J.A. Cambece Law Office,    8 Bourbon Street,    Peabody, MA 01960-1338
6088064   +London & London,    48 Christian Lane,    Newington, CT 06111-5451
6088066   +MBNA America,    P.O. Box 15026,    Wilmington, DE 19850-5026
6088067   +Pet Shield,    126 East Pearl Street,    New Haven, CT 06513-3941
6088068   +The APT Foundation,    One Long Wharf Drive,    Suite 321,    New Haven, CT 06511-5991

The following entities were served by electronic transmission on Mar 15, 2005 and receipt of the transmission
was confirmed on:
6088054    EDI: BANKAMER.COM Mar 15 2005 18:46:00     Bank of America,    P.O. Box 53132,
            Phoenix, AZ 85072-3132
6088057   +EDI: CAPITALONE.COM Mar 15 2005 18:46:00     Capitol One Mastercard,    P.O. Box 85147,
            Richmond, VA 23276-0001
6088060   +EDI: TSYS.COM Mar 15 2005 18:47:00     Home Depot,    P.O. Box 103072,    Roswell, GA 30076-9072
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6088059    Harley Davidson Credit Corp
6088056*  +Capitol One,    P.O. Box 85777,    Richmond, VA 23285-5777
6088065*  +London & London,    48 Christian Lane,    Newington, CT 06111-5451
                                                                                          TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2005**          **Signature:**  _Joseph Speetjens_